JEFFREY A. KAISER, ESQ. [SBN 160594]
LISA J. ESPADA, ESQ. [SBN 202975]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff
James E. Mayo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO,<br><br>    Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 08 0058 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 15, 2008

_____
Lisa J. Espada
Attorneys for Plaintiff

I:\2100.Mayo\Removal\Declination.1-15-08.doc    PAGE 1    DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE