JEFFREY A. KAISER, ESQ. [SBN 160594]
SEAN P. WORSEY, ESQ. [SBN 215807]
LISA J. ESPADA, ESQ. [SBN 202975]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Fl.
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff
James E. Mayo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO,<br><br>Plaintiff,<br><br>vs.<br><br>A. O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08 0058 MMC<br><br>**DECLARATION OF SEAN P. WORSEY IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND**<br><br>Date:    February 29, 2008<br>Time:    9:00 a.m.<br>Room:    Courtroom 7, 19th Floor<br><br>HON. MAXINE M. CHESNEY |

I, Sean P. Worsey, do hereby declare,

   1.    I am an attorney at law, licensed to practice in the courts of the State of California. I am associated with the law firm of Levin Simes Kaiser & Gornick, LLP, attorneys of record for plaintiff James Mayo. I have personal knowledge of the matters stated herein and if called as a witness, could competently testify thereto.

///

2. Plaintiff James Mayo ("plaintiff") brought an action for damages in the Superior Court of California in and for the County of Alameda, after receiving a diagnosis of mesothelioma in August 2007. Plaintiff's action was filed on November 21, 2007. Mesothelioma is a rapidly fatal disease, known to be caused by exposure to asbestos. In his State Court action, Plaintiff named thirty-eight (38) defendants including various manufacturers and suppliers of asbestos containing materials to which he exposed during his long work history.

3. On January 4, 2008, a single defendant, Foster Wheeler, LLC ("Foster Wheeler") filed a Notice of Removal under 28 U.S.C. Section 1442(a)(1), on the alleged grounds that Foster Wheeler was acting under an officer or agency of the United States.

4. On January 15, 2008, Plaintiff resolved his case against Foster Wheeler, the removing defendant, and received a stipulation from this party to remand the case to the Superior Court of California, Alameda County. Attached hereto as **Exhibit A** is a true and correct copy of the executed stipulation.

5. All defendants appeared at the deposition of James Mayo, which just concluded on January 10, 2007.

6. Mr. Mayo's mesothelioma is a terminal and incurable form of cancer. Prior to the filing of the removal, Plaintiff was in the process of obtaining medical records and the declaration of Plaintiff's treating physician, in anticipation of filing a motion for a preferential trial date. Plaintiff has prepared to petition the Superior Court to set a trial date within 120 days, based upon C.C.P Section 36 (d), which allows terminally ill plaintiff like Mr. Mayo to obtain a speedy trial in a California court.

7. Because there is no equivalent procedure in Federal Court to obtain a preferential trial date, Plaintiff here will likely not survive to see his case come to trial, should this case not be promptly remanded to the State Court where it belongs.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct and based on my personal knowledge. Executed this 22nd day of January, 2008, at San Francisco, California.

SEAN P. WORSEY

JEFFREY A. KAISER, ESQ. [SBN 160594]
SEAN P. WORSEY, ESQ. [SBN 215807]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Fl.
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile   (415) 981-1270

Attorneys for Plaintiff
James E. Mayo

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO, | Case No.: C V 08 0058 EMC |
| Plaintiff, | STIPULATION BY PLAINTIFF AND DEFENDANT FOSTER WHEELER TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT |
| vs. | |
| A.O. SMITH CORPORATION, et al., | |
| Defendants. | |

1.  On January 4, 2008, defendant FOSTER WHEELER LLC filed its Notice of Removal of Alameda County Superior Court Case No. RG-07-357726, purportedly under 28 U.S.C. 1442 (a)(1).

2.  Plaintiff JAMES MAYO and defendant FOSTER WHEELER LLC hereby do stipulate to immediately remand this case to the Superior Court of California, County of Alameda, and request that this Court grant an order to remand.

///

///

Exhibit A

1
2  IT SO STIPULATED:
3
4  Dated: January 18, 2008          LEVIN SIMES KAISER & GORNICK LLP
5                                   By /s/ Lisa J. Espada
6                                   Lisa J. Espada
                                    Attorneys for Plaintiff
7
8  Dated: January 15, 2008          BRYDON HUGO & PARKER
9                                   By /s/ Thomas J. Moses
10                                  Thomas J. Moses
                                    Attorneys for Defendant
11                                  Foster Wheeler LLC
12
...
28

I:\2100.Mayo\Removal\FW STIP.Remand.doc        PAGE 2        STIPULATION BY PLAINTIFF AND DEFENDANT
                                                             FOSTER WHEELER TO REMAND