```
JEFFREY A. KAISER, ESQ. [SBN 160594]
SEAN P. WORSEY, ESQ. [SBN 215807]
LISA J. ESPADA, ESQ. [SBN 202975]
```
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Fl.
San Francisco, California 94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff
James E. Mayo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO,<br><br>             Plaintiff,<br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>             Defendants. | Case No. CV 08 0058 MMC<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR REMAND<br><br>Date:   February 29, 2008<br>Time:   9:00 a.m.<br>Room:   Courtroom 7, 19th Floor<br><br>HON. MAXINE M. CHESNEY |

Plaintiff's Motion for Remand came on for hearing before this Court on _____, 2008. Jeffrey A. Kaiser appeared on behalf of the plaintiff. The removing defendant, Foster Wheeler LLC, was also represented by counsel. After consideration of all of the briefs, supporting declarations, stipulation of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED that Plaintiffs' Motion for Remand is GRANTED. This case is hereby REMANDED to the Superior Court of California, County of Alameda.

Dated _____, 2008      _____
                                 HON. MAXINE M. CHESNEY
                                 Judge of the United States District Court

JEFFREY A. KAISER, ESQ. [SBN 160594]
SEAN P. WORSEY, ESQ. [SBN 215807]
LISA J. ESPADA, ESQ. [SBN 202975]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Fl.
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff
James E. Mayo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO,<br><br>   Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>   Defendants. | Case No. CV 08 0058 MMC<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND<br><br>Date:  February 29, 2008<br>Time:  9:00 a.m.<br>Room:  Courtroom 7, 19th Floor<br><br>**HON. MAXINE M. CHESNEY** |

After consideration of the briefs, supporting declarations and stipulation presented to the Court, IT IS HEREBY ORDERED that Plaintiffs' Motion for Remand is GRANTED. This case is hereby REMANDED to the Superior Court of California, County of Alameda.

Dated _____, 2008

_____
HON. MAXINE M. CHESNEY
Judge of the United States District Court