JEFFREY A. KAISER, ESQ. [SBN 160594]
SEAN P. WORSEY, ESQ. [SBN 215807]
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO,<br><br>　　　　Plaintiff,<br>　　vs.<br>A.O. SMITH CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. CV 08 0058 EMC<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING OF PLAINTIFF'S MOTION TO REMAND**<br><br>Date:  February 29, 2008 (current hrg date)<br>Time:  9:00 a.m.<br>Room: Courtroom 7, 19th Floor<br><br>**HON. MAXINE M. CHESNEY** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

　　Plaintiff James Mayo hereby applies for an Order Shortening Time to hear Plaintiff's Motion for Remand, served concurrently herewith, and presently set for hearing before Hon. Maxine M. Chesney, on February 29, 2008, at 9:00 a.m.  As the supporting declarations attached hereto demonstrate, hearing this motion on shortened time is necessary because Plaintiff is terminally ill and may die within a matter of months.  The removing defendant, Foster Wheeler, has stipulated to a remand of this case.  Plaintiff's Motion for Remand should be heard at the soonest possible date, so

that Plaintiff may have an opportunity to have this case remanded to the Superior Court of California, where he is entitled to and will immediately move for a preferential trial date pursuant to California Code of Civil Procedure Section 36(d).

Plaintiffs hereby request the Court to issue an order that Plaintiff's Motion for Remand be heard on Friday February 8, 2008 at 9:00 a.m., or as soon thereafter as the motion can added to the Court's calendar.

Respectfully submitted

Dated: January 24, 2008

**LEVIN SIMES KAISER & GORNICK LLP**

By _____
Sean P. Worsey
Attorneys for Plaintiff