JEFFREY A. KAISER, ESQ. [SBN 160594]
SEAN P. WORSEY, ESQ. [SBN 215807]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Fl.
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff
James E. Mayo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. MAYO,<br><br>    Plaintiff,<br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 08 0058 MMC<br><br>[PROPOSED]<br>ORDER SHORTENING TIME FOR HEARING OF PLAINTIFF'S MOTION FOR REMAND<br><br>Original Hrg. Date: February 29, 2008<br>Time: 9:00 a.m.<br>Room: Courtroom 7, 19th Floor<br><br>New Hrg. Date: February ___, 2008<br>Time: 9:00 a.m.<br>Room: Courtroom 7, 19th Floor<br><br>HON. MAXINE M. CHESNEY |

Plaintiff's Application for an Order Shortening Time to hear Plaintiff's Motion for Remand was filed with this Court on January 25, 2008. After consideration of Plaintiff's application, the supporting declaration of counsel and the exhibit thereto, this Court finds good cause for hearing Plaintiff's Motion for Remand on shortened time. IT IS HEREBY ORDERED that Plaintiffs' request for an Order Shortening Time for hearing of Plaintiff's Motion for Remand is GRANTED.

The following briefing and hearing schedule shall apply:

1. Plaintiff's Motion for Remand, originally noticed for hearing on February 29, 2008, shall now be heard on _____, 2008, at _____ a.m. in Courtroom 7, 19th Floor of this Court.

2. Defendant's opposition papers, if any, shall be served and filed no later than _____, 2008.

3. Plaintiff's reply brief, if any, shall be served and filed no later than _____, 2008.

Dated _____, 2008

_____
HON. MAXINE M. CHESNEY
Judge of the United States District Court